**Gina M. Corena, Esq.**
Nevada Bar No. 10330
gina@corenalaw.com
**Trisha R. Delos Santos, Esq.**
Nevada Bar No. 15902
trisha@corenalaw.com
**GINA CORENA & ASSOCIATES**
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
Telephone: (702) 680-1111
Facsimile: (888) 897-6507
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LILIANA MONTES, an individual;<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I- X, and ROE CORPORATIONS I - X, inclusive,<br><br>Defendants. | Case No. 2:26-cv-02273-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL** |

Plaintiff LILIANA MONTES ("Plaintiff") and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have reached an agreement to resolve this matter and anticipate filing the Stipulation and Order for Dismissal with Prejudice with the Court.
2. The Parties are still in the process of exchanging the settlement documents and require additional time to complete the remaining steps necessary to finalize the matter.
3. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

///

4. Accordingly, the Parties respectfully request that the deadline to file the Stipulation and Order for Dismissal with Prejudice be extended from **October 19, 2026,** to **December 18, 2026**.

5. The Parties agree that all other deadlines and obligations shall remain unchanged unless otherwise ordered by the Court.

WHEREFORE, the Parties respectfully request that the Court approve this Stipulation and extend the deadline to file a dismissal to **December 18, 2026**.

Respectfully submitted by:

**DATED**: October 15, 2026.

**GINA CORENA & ASSOCIATES**

*/s/ Trisha R. Delos Santos*______
**Gina M. Corena, Esq.**
Nevada Bar No. 10330
**Trisha R. Delos Santos, Esq.**
Nevada Bar No. 15902
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

**DATED**: October 15, 2026.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

*/s/ E. Matthew Freeman*________
**Robert W. Freeman, Esq.**
Nevada Bar No. 3062
**E. Matthew Freeman, Esq.**
Nevada Bar No. 14198
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendants*

**ORDER**

Having reviewed the parties' Stipulation and Order to Extend Deadline to File Stipulation and Order for Dismissal, and good cause appearing, IT IS HEREBY ORDERED that the parties' Stipulation is GRANTED.

The Parties' Stipulation to Extend Time to File Dismissal is hereby **GRANTED**. The deadline is extended to **December 18, 2026**.

IT IS SO ORDERED.
Dated: October 16, 2026
.
.
______________________________
Nancy J. Koppe
United States Magistrate Judge

GINA CORENA & ASSOCIATES