**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

***

| | |
|---|---|
| LILANA MONTES, an individual;<br><br>Plaintiffs,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive<br><br>Defendants. | Case No.: 2:26-cv-02273-NJK<br><br>ORDER GRANTING STIPULATION TO **DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

IT IS HEREBY STIPULATED and AGREED between Plaintiff LILIANA MONTES ("Plaintiff"), by and through his counsel, GINA CORENA & ASSOCIATES, and Defendant STATE FARM MUTUAL FIRE AND CASUALTY COMPANY ("Defendant"), by and through its counsel, LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

of action against Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

DATED this 27th day of October, 2026.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ Robert W. Freeman
ROBERT W. FREEMAN
Nevada Bar No. 3062
E. MATTHEW FREEMAN
Nevada Bar No. 14198
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

DATED this 27th day of October, 2026.

GINA CORENA & ASSOCIATES

/s/ Trisha R. Delos Santos
GINA M. CORENA
Nevada Bar No. 10330
TRISHA R. DELOS SANTOS
Nevada Bar No. 15902
300 S. Fourth Street, Suite 1400
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

ORDER

The Court GRANTS the parties' stipulation. Docket No. 18. The Clerk's Office is INSTRUCTED to close this case.

IT IS SO ORDERED.

DATED: October 28, 2026

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE